# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIC HOME DESIGN LLC, et al. <br>     Plaintiffs, <br><br> v. <br><br> THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON ISSUING CERTIFICATE NO. B0180PC1702888, <br>     Defendant. | CV 20-315 DSF (RAOx) <br><br> Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

    Plaintiffs filed a complaint in this Court on the basis of diversity jurisdiction. However, the citizenship of one or more parties is not properly pleaded. The citizenships of the members of the plaintiff LLC were not pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Also, because a Lloyd's syndicate is an unincorporated entity, such a syndicate is a citizen of all places where its various underwriters are citizens. See Indiana Gas Co. v. Home Ins. Co., 141 F.3d 314 (7th Cir. 1998). Therefore, Plaintiffs are ordered to file an amended complaint no later than February 18, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

IT IS SO ORDERED.

Date: 2-4-2020

/s/ Dale S. Fischer

Dale S. Fischer
United States District Judge